UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENEE JOHNSON-BROWN and,
D.S., a minor child,

                Plaintiffs,

16 Civ. 9975 (RMB) (JCF)

        -against-

**INITIAL PRETRIAL CONFERENCE ORDER**

THE CITY OF NEW YORK, and "JOHN DOE" POLICE OFFICERS 1-2,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/16

With respect to the above captioned matter, the Court directs as follows:

1. Counsel (or pro se litigants) are to appear for an initial pre-trial conference on **February 27, 2017 at 9:15 a.m.** in Courtroom 17B (17th floor), 500 Pearl Street, U.S. District Courthouse. Counsel are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, first floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's web-site at www.nysd.uscourts.gov.

2. Counsel for Plaintiff (or Plaintiff) is responsible for notifying all parties of the above date immediately.

3. In accordance with Rule 16 of the Federal Rules of Civil Procedure, counsel jointly should complete in advance of the conference a case management plan (form attached). Counsel should bring a copy of the completed case management plan to the conference.

4. In addition to the matters covered in the case management plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and other issues relevant to case management. **Counsel should also be prepared to discuss their efforts to settle the case**.

5. Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to the Court prior to this conference.

Dated: New York, New York
       December 28, 2016



**RICHARD M. BERMAN, U.S.D.J.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

                    Plaintiff(s),         **Case Management Plan**

      - v -                               ___ Civ. _____ (RMB)

                    Defendant(s).
------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by _____

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:**    New York, New York

                  _____

                                                      **Hon. Richard M. Berman, U.S.D.J.**